**COM.**

v.

**TADYCH, L.**

**179 MDA 2017**

Superior Court of Pennsylvania.

08/25/2017

CP–36–CR–0000471–2013
CP–36–CR–0001604–2013
(Lancaster)

Affirmed

■

**COM.**

v.

**NOAKS, T.**

**1138 WDA 2014**

Superior Court of Pennsylvania.

08/25/2017

CP–02–CR–0013737–2011 (Allegheny)

Affirmed

■

**COM.**

v.

**CAGER, J.**

**1994 WDA 2014**

Superior Court of Pennsylvania.

08/25/2017

CP–02–CR–0013713–2011
(Allegheny)

Affirmed

■

**COM.**

v.

**PERRY, M.**

**1022 WDA 2016**

Superior Court of Pennsylvania.

08/25/2017

Reargument Denied 10/4/2017

CP–02–CR–0011774–1995, CP–02–CR–0011776–1995, CP–02–CR–0011777–1995, CP–02–CR–0011779–1995, CP–02–CR–0011780–1995, CP–02–CR–0011784–1995, CP–02–CR–0011785–1995, CP–02–CR–0011900–1995 (Allegheny)

Vacated/Remanded